# Third District Court of Appeal
## State of Florida

Opinion filed June 30, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0228
Lower Tribunal Nos. 20-0352 CC, 20-0214 AP
_____

**Daniel Kahn, et al.,**
Appellants,

vs.

**5120 Alton, LLC,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Stephanie Silver, Judge.

Daniel Kahn, in proper person.

Agentis PLLC, and Christopher B. Spuches and Tamara Van Heel, for appellee.

Before SCALES, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.  See 1560-1568 Drexel Ave., LLC v. Dalton, 46 Fla. L. Weekly D1237a (Fla. 3d DCA May 27, 2021).